In the Matter of the Probate of the Will of NORA FEELEY, Deceased. PETER GINTY, Appellant; MARGARET GROVE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 961.]

In the Matter of FRANK MACLENNON et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to petitioners-respondents. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

NATIONAL STEEL CORPORATION, Respondent, v. CITY OF NEW YORK et al., Appellants.— Inquiry as to the relationship between plaintiff and its affiliates is material and necessary. Order unanimously modified so as to grant to defendants the right to examination under item 4c and to permit the word " affiliates " to remain in items 4a and 4b and, as so modified, affirmed, with $10 costs and disbursements to the appellants. Plaintiff's motion to vacate the notice of examination is denied. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

HELEN KANTER, Respondent, v. JOSEPH KANTER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursments to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

SAMUEL NARINS, Appellant, v. COMMERCIAL TRADING COMPANY, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

LARRY SILBERBERG, as Trustee under an Agreement between FLO LUXENBERG and Others and EAGLE CONVERTING COMPANY, a Partnership, Respondent, v. RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.